**BRYAN CAVE LEIGHTON PAISNER LLP**
Helen C. Looney, California Bar No. 324725
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
E-Mail:    helen.looney@bclplaw.com

Attorneys for Defendant
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| THOMAS M. HOGAN and RU HOGAN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CENTRAL LOAN ADMINISTRATION dba CENLAR FSB; CITIBANK; CITIBANK NA; CITIGROUP.; and DOES 1 through 20 inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-00039-WBS-AC<br><br>[Placer County Superior Court Case No. S-CV-0047363]<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME FOR DEFENDANT CITIBANK, N.A. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:    September 27, 2021<br>Removed:                January 5, 2022<br>Trial Date:                Not Assigned |

USA.604683957.1/HCZ

ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME FOR CITIBANK TO RESPOND TO COMPLAINT
CASE NO.: 2:22-CV-00039-WBS-AC

The Ex Parte Motion for Extension of Time to Respond to Plaintiffs' Complaint filed by Defendant Citibank, N.A. ("Citibank") was submitted to the Court on January 11, 2022.

**IT IS HEREBY ORDERED THAT:**

1. Citibank's Ex Parte Motion for Extension of Time to Respond is hereby GRANTED;

2. Citibank shall file its responsive pleading by January 26, 2022.

Dated: January 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE