JOHN S. SARGETIS (SBN 80630)
STEPHEN J. FOONDOS  (SBN 148982)
**UNITED LAW CENTER**
*A Professional Law Corporation*
3301 Watt Ave., Suite 500
Sacramento, California 95821
Telephone: (916) 367-0630
Facsimile:  (916) 865-0817

Attorneys for Plaintiffs, THOMAS M. HOGAN and RU HOGAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HOGAN and RU HOGAN<br><br>                    Plaintiff,<br><br>v.<br><br>CENTRAL LOAN ADMINISTRATION dba CENLAR FSB; CITIBANK, N.A.; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.: 2:22-cv-00039-WBS-AC<br><br>**STIPULATION ALLOWING LATE FILING OF**<br>    1. **OPPOSITION TO CENTRAL LOAN ADMINISTRATION dba CENLAR FSB'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br>    2. **OPPOSITION TO CENLAR FSB'S NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>    3. **OPPOSITION TO CITIBANK, N.A'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT;**<br><br>**ORDER THEREON** |

Based on the representation of plaintiff's attorney John S. Sargetis that he was unaware of the recent change in the Rules of Court requiring oppositions to motions to be filed 14 days after service and not 14 days before the hearing date, the parties through their respective counsel hereby stipulate to allow and do not object to the above referred to oppositions having been filed late and respectfully request the Court approve and allow the said late filing.

Dated: March 23, 2022

/s/ John S. Sargetis
_____
John S. Sargetis
United Law Center
Attorney for plaintiff Thomas Hogan; Ru Hogan

/s/ Helen Goodman
_____
Helen Goodman
Bryan Cave Leighton Paisner LLP
Attorneys for Defendant CITIBANK, N.A.

/s/Jessica B. Coffield
_____
Jessica B. Coffield
WOLFE & WYMAN LLP
Attorneys for Defendant CENLAR FSB

1

## ORDER

2  Based on the foregoing Stipulation and good cause appearing, it is hereby ordered the above

3  stated oppositions to defendant's motions are allowed to be filed late and the filed

4  oppositions are deemed filed.

5

6  Dated:  March 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28