**UNITED LAW CENTER**
John S. Sargetis, California Bar No. 80630
Stephen J. Foondos, California Bar No. 148982
3301 Watt Ave., Suite 500
Sacramento, California 95821
Telephone: (916) 367-0630
Facsimile: (916) 865-0817
E-Mail:  jsargetis@unitedlawcenter.com
*Attorneys for Plaintiffs*

**WOLFE & WYMAN LLP**
Jessica Coffield, California Bar No. 274122
James Ramos, California Bar No. 252916
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905
E-Mail:  jbcoffield@ww.law; jjramos@ww.law
*Attorneys for Defendant*
CENTRAL LOAN ADMINISTRATION dba CENLAR FSB

**BRYAN CAVE LEIGHTON PAISNER LLP**
Helen C. Goodman, California Bar No. 324725
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:     (415) 675-3400
Facsimile:       (415) 675-3434
E-Mail:           helen.goodman@bclplaw.com
*Attorney for Defendant*
CITIBANK, N.A.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| THOMAS M. HOGAN and RU HOGAN, <br><br>Plaintiffs, <br><br>v. <br><br>CENTRAL LOAN ADMINISTRATION dba CENLAR FSB; CITIBANK; CITIBANK NA; CITIGROUP.; and DOES 1 through 20 inclusive, <br><br>Defendants. | Case No.: 2:22-cv-00039-WBS-AC <br><br> [Placer County Superior Court Case No. S-CV-0047363] <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CITIBANK, N.A. TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER** <br><br> Judge:               Hon. William B. Shubb <br> Complaint Filed:  September 27, 2021 <br> Removed:           January 5, 2022 <br> Trial Date:          October 24, 2023 |

USA.605327408.1/HCZ

IT IS HEREBY STIPULATED by and between Plaintiffs Thomas M. Hogan and Ru Hogan ("Plaintiffs"), Defendant CITIBANK, N.A. ("Citibank"), and Defendant CENTRAL LOAN ADMINISTRATION dba CENLAR FSB ("Cenlar") (collectively "the Parties") as follows:

1. Plaintiffs filed the Complaint in the California Superior Court, County of Placer on September 27, 2021;

2. Citibank, with the consent of Cenlar, removed the case to this Court on January 5, 2022;

3. On January 26, 2022, Citibank filed a Motion to Dismiss Plaintiffs' original complaint;

4. On February 15, 2022, Plaintiffs filed their First Amended Complaint ("FAC");

5. On March 1, 2022, Citibank filed a Motion to Dismiss the FAC;

6. On April 26, 2022, the Court granted Citibank's Motion to Dismiss Plaintiffs' FAC without prejudice and permitted Plaintiffs leave to amend their pleading within 20 days;

7. Plaintiffs filed and served their Second Amended Complaint ("SAC") on May 16, 2022;

8. Pursuant to Federal Rule of Civil Procedure 15, Citibank's current deadline to respond to the SAC is Tuesday, May 31, 2022;

9. The filing date has not been set by order of the Court;

10. Pursuant to Local Rule 144(a), the Parties stipulate that Citibank may have an additional 14 days to respond to the Second Amended Complaint, making the new deadline **Tuesday, June 14, 2022**.

IT IS SO STIPULATED.

Dated:   May 31, 2022               Respectfully submitted,

Helen C. Goodman
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Helen C. Goodman*
Helen C. Goodman
Attorney for Defendant
CITIBANK, N.A.

| | | |
|---|---|---|
| Dated: | May 31, 2022 | John S. Sargetis<br>**UNITED LAW CENTER**<br><br>By: /s/ *John S. Sargetis*<br>John S. Sargetis<br>Attorney for Plaintiffs |
| Dated: | May 31, 2022 | Jessica B. Coffield<br>James Ramos<br>**WOLFE & WYMAN LLP**<br><br>By: /s/ *James Ramos*<br>James Ramos<br>Attorney for Defendant<br>CENTRAL LOAN ADMINISTRATION dba CENLAR FSB |

I, Helen Goodman, hereby attest that concurrence in this filing has been obtained from each of the other Signatories.

By: /s/ *Helen C. Goodman*
Helen C. Goodman

IT IS SO ORDERED.

Dated: June 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE