1
2
3
4
5
6
7

**Jessica B. Coffield (SBN 252916)**
*jbcoffield@ww.law*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 1750**
**Sacramento, California 95814**
**Telephone:  (949) 475-9200**
**Facsimile:   (949) 475-9203**

**Attorneys for Defendant**
**CENLAR FSB**

8    **UNITED STATES DISTRICT COURT**

9    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  THOMAS M. HOGAN and RU HOGAN, | CASE NO.: 2:22-CV-00039-WBS-AC |
| 12              Plaintiffs, | [The Honorable William B. Shubb] |
| 13  v. | **NOTICE OF CHANGE OF HANDLING ATTORNEY** |
| 14  CENLAR LOAN ADMINISTRATION AND REPORTING DBA CENLAR FSB; CITIBANK, CITIBANK, NA, CITIGROUP; DOES 1-20, inclusive, | |
| 15 | |
| 16 | Action Filed:              September 27, 2021 |
|              Defendants. | |
| 17 | |

18

19    **TO THE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

20          PLEASE TAKE NOTICE that, effective immediately, the handling attorneys on this matter

21    for WOLFE & WYMAN LLP will be Jessica B. Coffield in our Sacramento, California office, as

22    stated above.  Jessica Coffield shall also be designated as the counsel for service in this matter.

23          PLEASE TAKE FURTHER NOTICE that James J. Ramos, previously an attorney on this

24    action, is no longer with the firm of Wolfe & Wyman LLP.  Therefore, please remove James J. Ramos

25    from your service lists, and direct all future pleadings, correspondence and any inquiries concerning

26    Defendant CENLAR FSB and/or this matter to Jessica B. Coffield in our Irvine, California office, as

27    follows:

28    ///

4515281.1

Jessica B. Coffield (SBN 274122)
*jbcoffield@ww.law*
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203
Email; jbcoffield@ww.law; vaarroyo@ww.law

DATED:  March 23, 2023                    WOLFE & WYMAN LLP


                                         By:  ___/s/ Jessica B. Coffield_____
                                              JESSICA B. COFFIELD
                                         Attorneys for Defendant
                                         **CENLAR FSB**

2

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

w&w

4515281.1

TITLE - 22-CV-00039