**BRYAN CAVE LEIGHTON PAISNER LLP**
Helen C. Goodman, California Bar No. 324725
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
E-Mail:     helen.goodman@bclplaw.com

Attorneys for Defendant Citibank, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| THOMAS M. HOGAN and RU HOGAN,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL LOAN ADMINISTRATION dba CENLAR FSB; CITIBANK; CITIBANK NA; CITIGROUP.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00039-WBS-AC<br><br>[Placer County Superior Court Case No. S-CV-0047363]<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER GRANTING EXTENSION**<br><br>Hon. William B. Shubb<br><br>Complaint Filed:     September 27, 2021<br>Removed:     January 5, 2022<br>Trial Date:     January 9, 2024 |

IT IS HEREBY STIPULATED by and between Plaintiffs Thomas M. Hogan and Ru Hogan ("Plaintiffs"), Defendant CITIBANK, N.A. ("Citibank"), and Defendant CENTRAL LOAN ADMINISTRATION dba CENLAR FSB ("Cenlar") (collectively "the Parties") as follows:

1.     Per the Court's Order signed March 2, 2023, the deadline for filing dispositive motions is August 15, 2023, the final pretrial conference is set for October 23, 2023, and the trial is set for January 9, 2024;

2.     The Parties are actively participating in settlement discussions and desire a short continuance of the deadline for dispositive motions in order to progress those discussions;

USA.608321089.1/HCZ

1

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA  94111-4070

3.    The Parties stipulate to a new schedule:

    a.   Dispositive motions filing deadline: August 31, 2023;

    b.   Hearing on dispositive motions: **October 2, 2023, 1:30 pm**;

    c.   Pretrial conference: **November 6, 2023, 1:30 pm.**

4.    The Parties have spoken to the Court's clerk and received these potential dates in accordance with the procedure in Judge Shubb's Standing Order;

5.    This change will not alter the date of trial, January 9, 2024.

IT IS SO STIPULATED.

Dated:  August 11, 2023                   Respectfully submitted,

                                          **BRYAN CAVE LEIGHTON PAISNER LLP**

                                          By: */s/ Helen C. Goodman*
                                                   Helen C. Goodman
                                          Attorney for Defendant Citibank, N.A.

Dated:  August 11, 2023                   **UNITED LAW CENTER, PLC**

                                          By: */s/ John S. Sargetis*
                                                   John S. Sargetis
                                          Attorney for Plaintiffs

Dated:  August 11, 2023                   **WOLFE & WYMAN LLP**

                                          By: */s/ Jessica B. Coffield*
                                          Jessica B. Coffield
                                          Attorney for Defendant Central Loan Administration
                                          dba Cenlar FSB

    I, Helen Goodman, hereby attest that concurrence in this filing has been obtained from each of the other Signatories.

                              By: */s/ Helen C. Goodman*
                                       Helen C. Goodman

**IT IS SO ORDERED.**

Dated:  August 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7ᵀᴴ FLOOR
SAN FRANCISCO, CA 94111-4070