**UNITED LAW CENTER**
John S. Sargetis, California Bar No. 80630
3301 Watt Ave., Suite 500
Sacramento, California 95821
Tel.:   (916) 367-0630
Fax:   (916) 865-0817
E-Mail: *jsargetis@unitedlawcenter.com*
*Attorneys for Plaintiffs*

**WOLFE & WYMAN LLP**
Jessica Coffield, California Bar No. 274122
980 9th Street, Suite 1750
Sacramento, California 95814
Tel.:   (916) 912-4700
Fax:   (916) 329-8905
E-Mail: *jbcoffield@ww.law*
**Attorneys for Defendant**
**CENTRAL LOAN ADMINISTRATION dba CENLAR FSB**

**BRYAN CAVE LEIGHTON PAISNER LLP**
Helen C. Goodman, California Bar No. 324725
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Tel.:   (415) 675-3400
Fax:   (415) 675-3434
E-Mail: *helen.goodman@bclplaw.com*
**Attorneys for Defendant**
**CITIBANK, N.A**.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| THOMAS M. HOGAN and RU HOGAN,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL LOAN ADMINISTRATION dba CENLAR FSB; CITIBANK, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00039-WBS-AC<br>[Placer County Superior Court Case No. S-CV-0047363]<br><br>**JOINT STATUS REPORT, REQUEST FOR CONTINUANCE TO FINALIZE SETTLEMENT AGREEMENT, AND ORDER**<br><br><br>Action Filed:   September 27, 2021<br>Removed:        January 5, 2022<br><br>Judge:    Hon. William B. Shubb |

///

///

**This page was intentionally left blank.**

USA.609537880.1/HCZ         1         CASE NO. 2:22-cv-00039-WBS-AC
JOINT STATUS REPORT, REQUEST FOR CONTINUANCE TO FINALIZE SETTLEMENT AGREEMENT, AND ORDER
4745978.1

Pursuant to the Court's September 20, 2023, minute order (Dkt. 62), Plaintiffs Thomas and Ru Hogan ("Plaintiffs"), through their counsel; Defendant Central Loan Administration and Reporting dba Cenlar FSB ("Cenlar"), through its counsel; and Defendant Citibank, N.A. ("Citibank") through its counsel, hereby submit this Joint Status Report and Request for Continuance.

The Parties are very close to finalizing a settlement agreement and anticipate that it will be completed very soon.  The Parties will file their stipulated dismissal as soon as they have the agreement in place.

The Parties respectfully request that the Court continue its deadline to file dismissal documents by 30 days, to December 20, 2023.

Dated: November 21, 2023

By: */s/ John S. Sargetis*
John S. Sargetis
**UNITED LAW CENTER**
*Attorney for Plaintiffs*

*/s/ Jessica Coffield*
Jessica Coffield
**WOLFE & WYMAN LLP**
*Attorneys for Defendant CENTRAL LOAN ADMINISTRATION dba CENLAR FSB*

*/s/ Helen C. Goodman*
Helen C. Goodman
**BRYAN CAVE LEIGHTON PAISNER LLP**
*Attorney for Defendant CITIBANK, N.A.*

I, Jessica B. Coffield, hereby attest that concurrence in this filing has been obtained from each of the other Signatories.

By: */s/ Jessica B. Coffield*
Jessica B. Coffield

///

///

///

////

1  **IT IS SO ORDERED:**

2  The parties shall file their stipulated dismissal no later than December 20, 2023, or a further

3  Joint Status Report by that date if settlement has not been finalized.   The Status  Conference

4  currently set for December 4, 2023 is continued to January 16, 2024 at 01:30 PM before Senior

5  Judge William B. Shubb.

6  Dated:  November 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE